# *United States Court of Appeals for the Federal Circuit*

December 6, 2006

# ERRATA

Appeal No.06-5035

## LEONARD E. CASSELLA V UNITED STATES

Decided:  December 1, 2006                          Precedential Opinion

Please make the following change:

Page 13, line 16, change "district court" to "Court of Federal Claims."